BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF: | 2:12-SW-00431-EFB |
|---|---|
| ALL FUNDS MAINTAINED AT SAFE CREDIT UNION BUSINESS CHECKING ACCOUNT NUMBER 499150, HELD IN THE NAME OF INDOOR SUN AND GARDEN,<br><br>DEFENDANT. | ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANTS AND SEIZURE WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrant and seizure warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: Sept 21, 2012

KENDALL J. NEWMAN
United States Magistrate Judge

1

Order Re: Request to Unseal